IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 7:12-cr-298-TMC |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **RECONSIDERATION** |
| MELANIE DENISE SPARKS. | ) | **AND TO VACATE** |
| | ) | |

    Now comes the defendant, by and through her attorney, and respectfully moves this Court to reconsider the order issued May 15, 2012 that orders reimbursement of attorney's fees. At the time Ms. Sparks filled out her financial affidavit for Pretrial Services she was working at the YMCA in Gaffney, SC. Since that time she has informed her employer of her pending charges. As a result of the pending charges, Ms. Sparks was asked not to return to work. Consequently, there has been a change of circumstances in that she is currently unemployed. The defendant requests that her financial situation be reconsidered and the previously entered order be vacated.

    Counsel has discussed this motion with United States Probation Officer Amanda Mobley who has no opposition to this request.

Respectfully submitted,

 s/ Lora E. Collins
Lora E. Collins  (Fed. Bar # 9677)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714

May 17, 2012
Greenville, South Carolina